IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE A. CROY                                                                         PETITIONER

VS.                         CASE NO. 5:12CV00010 JMM

RAY HOBBS, Director of the
Arkansas Department of Correction                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 21st day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE